IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| PAM VAN SCOYOC, d/b/a, TELEPHONE CONTRACTORS OF TEXAS, | ) ) ) ) | |
| Plaintiff, | ) ) | 8:04CV348 |
| v. | ) ) | |
| SPRINT COMMUNICATIONS COMPANY, L.P., and VALLEY LINE CONSTRUCTION, INC., | ) ) ) ) | ORDER |
| Defendants. | ) ) | |

This matter is before the Court on the stipulation for dismissal with prejudice (Filing No. 50). Pursuant thereto,

IT IS ORDERED that this action is dismissed with prejudice, each party to pay their own costs and attorney fees.

DATED this 4th day of August, 2005.

BY THE COURT:

/s/ Lyle E. Strom
_____
  LYLE E. STROM, Senior Judge
  United States District Court